SCOTT N. JOHNSON, ESQ., SBN 166952
DISABLED ACCESS PREVENTS INJURY, INC.
5150 FAIR OAKS BLVD., SUITE 101
PMB #253
CARMICHAEL, CA 95608-5758
TELEPHONE (916) 485-3516
FAX (916) 481-4224
E-MAIL scottnjohnson@comcast.net

Attorney for Plaintiff Scott N. Johnson

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Scott N. Johnson,<br><br>        Plaintiff,<br><br>    vs.<br><br>Godwin E. Ona,<br><br>        Defendant | Case No. **2:11-cv-00021-KJM-JFM**<br><br>STIPULATION AND ORDER RE: EXTENSION OF TIME UNTIL MAY 16, 2011 FOR DEFENDANT GODWIN E. ONA TO RESPOND TO COMPLAINT |

Pursuant to Local Rule 6-144 (a), Plaintiff Scott N. Johnson and Defendant, Godwin E. Ona, by and through, Scott N. Johnson; Godwin E. Ona (PRO SE), stipulate as follows:

1. An extension of time has been previously obtained for Defendant Godwin E. Ona until April 28, 2011 to respond or otherwise plead reference to Plaintiff's complaint.

STIPULATION AND ORDER RE: EXTENSION OF TIME - 1

2. Defendant Godwin E. Ona is granted an extension until May 16, 2011 to respond or otherwise plead reference to Plaintiff's complaint.

3. Defendant Godwin E. Onas' response will be due no later than May 16, 2011.

IT IS SO STIPULATED effective as of April 8, 2011

Dated:  April 11, 2011           /s/Godwin E. Ona

                                 Godwin E. Ona

                                 PRO SE


Dated:  April 8, 2011            /s/Scott N. Johnson

                                 Scott N. Johnson,
                                 Attorney for Plaintiff



**IT IS SO ORDERED:** that Defendant Godwin E. Ona shall have until May 16, 2011 to respond to complaint.

Dated: April 19, 2011.

_____
UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER RE: EXTENSION OF TIME - 2