IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,                                    No. CIV S-11-0021 KJM-JFM

      vs.

GODWIN E. ONA,

      Defendant.                               <u>ORDER TO SHOW CAUSE</u>

/

        Plaintiff notified the court on June 19, 2011 that the above-captioned matter had settled. (ECF 13.) The court issued a minute order on June 20, 2011 ordering parties to file dispositional documents no later than July 20, 2011. (ECF 14.) Parties have neither filed dispositional documents nor requested extensions of time from the court.

        The court notes that the delay in this case is consistent with the pattern of delays in plaintiff's cases before this court, as discussed with plaintiff on August 3, 2011. Accordingly, the parties are hereby ORDERED, within seven (7) days of the entry of this order, to show cause why they should not be sanctioned for their failure to comply with the court's order.

        IT IS SO ORDERED.

DATED: August 9, 2011.

UNITED STATES DISTRICT JUDGE

1