IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

      Plaintiff,                           No. CIV S-11-0021 KJM-JFM

      vs.

GODWIN E. ONA,

      Defendant.                        <u>ORDER</u>

_____/

      The court issued an order to show cause on August 10, 2011 due to the parties' failure to file dispositional documents by July 20, 2011. (ECF 15.) On August 16, 2011, defendant filed a motion to dismiss (ECF 16), purportedly in lieu of a response, and plaintiff responded on August 17, 2011. (ECF 17.) Accordingly, the August 10 order to show cause is hereby DISCHARGED.

      Furthermore, as the defendant in this matter is appearing in propria persona, in accordance with Local Rule 302(c)(21) this matter is REFERRED to Magistrate Judge Moulds for all pretrial scheduling and proceedings. IT IS ORDERED that any hearing dates currently set, and any initial scheduling orders issued, by the undersigned are VACATED. Any pending requests shall be referred to the magistrate. IT IS FURTHER ORDERED that all future documents filed in the above-captioned case shall reference the following case number:

1

1  **CIV S 11-0021 KJM JFM PS.** The Clerk shall issue an Initial Scheduling Order for Magistrate
2  Judge Moulds.
3         IT IS SO ORDERED.
4  DATED: August 22, 2011.

                                     UNITED STATES DISTRICT JUDGE