1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10    SCOTT N. JOHNSON,

11              Plaintiff,                No. 2:11-cv-0021-KJM-JFM (PS)
          vs.
12
      GODWIN ONA,
13
                Defendant.            ORDER
14    _____/

15          On January 19, 2012, the parties filed a stipulation to continue the initial

16    scheduling conference currently set for February 2, 2012.  Good cause appearing, IT IS

17    HEREBY ORDERED that the initial scheduling conference is continued to May 3, 2012 at 11:00

18    am in courtroom #26.

19    DATED: January 26, 2012.

20

21

22                            UNITED STATES MAGISTRATE JUDGE

23    /014;john0021.jo

24

25

26

                                      1