IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SCOTT N. JOHNSON,

        Plaintiff,               No. 2:11-cv-0021-KJM-JFM (PS)

   vs.

GODWIN ONA,

        Defendant.        <u>ORDER</u>

        On January 19, 2012, the parties filed a stipulation to continue the initial scheduling conference currently set for February 2, 2012. Good cause appearing, IT IS HEREBY ORDERED that the initial scheduling conference is continued to May 3, 2012 at 11:00 am in courtroom #26.

DATED: January 26, 2012.

                                       _____
                                       UNITED STATES MAGISTRATE JUDGE

/014;john0021.jo

1